## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

SHIRLEY TOLBERT,          :

    Plaintiff,          :

vs.          :          CA 06-0864-C

K-MART, et al.,          :

    Defendants.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiffs' motion to remand (Doc. 5) be and the same hereby is **GRANTED** and that this cause be **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

**DONE** this the 8th day of March, 2007.

           /s/WILLIAM E. CASSADY
          **UNITED STATES MAGISTRATE JUDGE**